**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER MORALES,

                Plaintiff,

  -against-                                   19 **CIVIL** 3075 (GBD)(SN)

**JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 15, 2020, Magistrate Judge Netburn's Report is ADOPTED. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This matter is remanded for further proceedings.

**Dated:**  New York, New York

      September 15, 2020

                                                         **RUBY J. KRAJICK**
                                                         _____
                                                          **Clerk of Court**
                                  **BY:**    *K. Mango*
                                                         _____
                                                          **Deputy Clerk**